THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED E. RICHARDSON, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

FRANK RAVOLD, Appellant, v. LOUISE J. HAMM, as Administratrix, etc., and Another, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

NATHAN A. SEAGLE, as Executor, etc., of ANNIE J. DADE, Deceased, Respondent, v. JOHN D. BARRETO, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ., concurred.

MARVIN SHIEBLER, Suing for Himself, etc., Taxpayers of Suffolk County, New York, Appellant, v. EDWARD H. L. SMITH and Others, Individually and Together as Composing the Board of Supervisors of Suffolk County, New York, Respondents.— Collusion, the gravamen of the action, not being proved, it is unnecessary at the suit of this plaintiff, to decide the legality of the audit or payment, and the judgment is affirmed, with costs, on authority of Daly v. Haight (170 App. Div. 469). Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

SAMUEL J. BELFER, Respondent, v. THE CITY OF NEW YORK, Appellant. — Plaintiff's motion to dismiss appeal denied. If plaintiff promptly serves his amendments, the case can be settled and then placed on the May calendar as previously ordered. If the case be not settled by reason of any delay or omission of the plaintiff, the case may go on the June calendar. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

SAMUEL J. BELFER, Respondent, v. THE CITY OF NEW YORK, Appellant. — Defendant's motion to compel plaintiff to accept the second notice of appeal is denied as unnecessary. Defendant's proposed case on appeal served on April twenty-eighth was in accordance with our order of April thirteenth, and should have been received. Present — Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ.

JOSEPH P. CARNEY, Appellant, v. PENN REALTY COMPANY, Respondent. — Motion denied upon condition that the appellant perfect the appeal, place the case on the June calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

JOSEPH M. CURRY and Another, Copartners, etc., Respondents, v. JOHN ZITELLI and Another, Appellants.— Motion denied on condition that appellants' surety justify within five days, that thereupon the appeal be perfected, the case placed on the June calendar, and made ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.